Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan ▾

Civil Division

|  |  |
|---|---|
| Dr. Syed Mohiuddin | ) Case No. _____ |
|  | ) |
|  | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☐ Yes ☑ No |
|  | ) |
|  | ) Case: 4:24−cv−10875 |
| **-v-** | ) Assigned To : Behm, F. Kay |
|  | ) Referral Judge: Grand, David R. |
| International SOS | ) Assign. Date : 4/4/2024 |
|  | ) Description: CMP MOHIUDDIN V.INTERNATIONAL SOS (NA) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Dr. Syed Mohiuddin |
| Street Address | 1950 Hillwood Court |
| City and County | Bloomfield Hills, Oakland |
| State and Zip Code | Michigan, 48304 |
| Telephone Number | 248-703-5431 |
| E-mail Address | troypediatricuc@gmail.com |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | International SOS |
| Job or Title *(if known)* | |
| Street Address | 3600 Horizon Blvd # 300 |
| City and County | Trevose, Bucks County |
| State and Zip Code | PA, 19053 |
| Telephone Number | (215) 942-8342 |
| E-mail Address *(if known)* | Cyndi.baily@internationalsos.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.      Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
 Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 621-634

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff,  *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.      If the plaintiff is a corporation

The plaintiff,  *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant,  *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Page 3 of  5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Dr. Syed Mohiuddin, the Plaintiff, asserts that International SOS, the Defendant, engaged in unlawful age discrimination in violation of the Age Discrimination in Employment Act (ADEA). Dr. Mohiuddin, a highly experienced pediatrician, applied for a position with International SOS to provide medical care to Afghan refugees in Qatar. Despite his qualifications, International SOS refused to consider Dr. Mohiuddin based solely on his age, citing a purported Qatari law prohibiting individuals over 59 from working in Qatar. However, investigations revealed no such law exists, and the Qatari Embassy confirmed the absence of such a restriction. Despite this, International SOS persisted in their discriminatory policy.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Dr. Mohiuddin seeks relief, including an end to the discriminatory policy, consideration for the position, compensation for damages, and corrective measures to ensure compliance with relevant labor laws.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          04/04/2024

Signature of Plaintiff          Syed Mohiuddin (electronic signature)

Printed Name of Plaintiff          Syed Mohiuddin

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

[In the United States District Court for the Eastern District of Michigan]

Dr. Syed Mohiuddin,
Plaintiff,

v.

International SOS
Defendant.

COMPLAINT FOR AGE DISCRIMINATION

Plaintiff, Dr. Syed Mohiuddin, appearing pro se, brings this action against International SOS ("Defendant" or "International SOS") and alleges as follows:

PARTIES

1. Dr. Syed Mohiuddin is an individual residing in Michigan. Dr. Mohiuddin is a highly qualified pediatrician with over 30 years of experience in pediatrics, including significant experience working with refugee populations.

2. International SOS is a corporation registered and doing business in Michigan. International SOS operates a Federal Contracting Division responsible for providing medical services to various populations, including Afghan refugees.

JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as it arises under the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 621-634.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), as International SOS conducts business within this district and the events giving rise to this action occurred within this district.

FACTUAL ALLEGATIONS

5. Dr. Mohiuddin applied for a pediatrician position with International SOS in August 2023. The position involved providing medical care to Afghan refugees being processed in Qatar before their resettlement in the United States.

6. Dr. Mohiuddin was well qualified for the position based on his extensive experience in pediatrics, including his prior work with refugee populations.

7. In the informational packet provided by International SOS regarding the work site in Qatar, it was indicated that candidates over the age of 59 could not work at the site due to purported Qatari law.

8. Dr. Mohiuddin, seeking clarification, reached out to the Qatari Embassy in Washington D.C., which informed him that there is no such restriction barring individuals over the age of 59 from working in Qatar.

9. Despite this clarification, International SOS disregarded Dr. Mohiuddin's application based solely on his age, citing the alleged Qatari law as justification.

10. In response to Dr. Mohiuddin's subsequent complaint filed with the Equal Employment Opportunity Commission (EEOC), International SOS acknowledged not considering Dr. Mohiuddin for the position and continued to assert their policy against hiring individuals over the age of 59.

11. Contrary to International SOS's assertions, the Qatari Embassy provided additional information confirming that there is no Qatari law prohibiting individuals over the age of 59 from working in Qatar. Furthermore, the Ministry of Foreign Affairs retains discretion over the issuance of "Work Mission Visas," which have been granted to American contractors over the age of 59 in the past.

12. International SOS's refusal to consider Dr. Mohiuddin for the position based solely on his age constitutes unlawful discrimination under the ADEA.

CLAIM FOR RELIEF

Count I: Age Discrimination

13. Dr. Mohiuddin incorporates by reference the allegations set forth in paragraphs 1 through 12 as if fully set forth herein.

14. International SOS's policy of refusing to consider candidates over the age of 59 for the pediatrician position in Qatar, despite no valid legal basis for such a policy, constitutes age discrimination in violation of the ADEA, 29 U.S.C. §§ 621-634.

FOREIGN LAWS EXCEPTION

15. The Foreign Laws Exception, as outlined in relevant jurisprudence, does not apply in this case. Despite International SOS's assertion that Qatari law prohibits individuals over the age of 59 from working in Qatar, there is no such law in existence. The Qatari Embassy has explicitly The Qatari Embassy has explicitly confirmed that they have granted Visas to American Contractors over the age of 59 in the past.

PRAYER FOR RELIEF

Wherefore, Plaintiff Dr. Syed Mohiuddin respectfully requests that this Court enter judgment in his favor and against International SOS, as follows:

1. Declare that International SOS's policy of age discrimination is unlawful under the ADEA;

2. Order International SOS to cease its discriminatory policy and hire Dr. Mohiuddin for the pediatrician position in Qatar;

3. Order International SOS to undertake education and training on relevant labor laws, including Qatari labor laws, to prevent future discrimination;

4. Direct International SOS to hire a Qatari law firm to assist with the application process for candidates such as Dr. Mohiuddin, ensuring that correct procedures are followed;

5. Award Dr. Mohiuddin back pay, front pay, and any other lost benefits resulting from International SOS's unlawful discrimination;

6. Award Dr. Mohiuddin compensatory damages, including damages for emotional distress and humiliation;

7. Award Dr. Mohiuddin punitive damages as appropriate to deter future violations of the ADEA by International SOS;

8. Award Dr. Mohiuddin reasonable attorneys' fees and costs incurred in prosecuting this action; and

9. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dr. Syed Mohiuddin
1950 Hillwood Court
Bloomfield Hills Michigan, 48304
troypediatricuc@gmail.com

Dated: April 4, 2024

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Detroit Field Office**
477 Michigan Avenue, Room 865
Detroit, MI 48226
(313) 774-0020
Website:  www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/11/2024

**To:** Syed Mohiuddin
1950 Hillwood Court
BLOOMFIELD HILLS, MI 48304
Charge No: 530-2023-08462

EEOC Representative and email:    TINA GRIFFIN
Investigator
Tina.Griffin@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Ramiro Gutierrez
01/11/2024
Ramiro Gutierrez
Director

**Cc:**
Tanya D'Antignac
International SOS Government Medical Services
1201 Louisiana Street Suite 500
Houston, TX 77022

Cyndi Bailey
International SOS Government Medical Services
1201 LOUISIANA ST STE 500
Houston, TX 77002


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method).  You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 530-2023-08462 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Michelle Eisele, 101 West Ohio St Suite 1900, Indianapolis, IN 46204.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 530-2023-08462 to the District Director at Michelle Eisele, 101 West Ohio St Suite 1900, Indianapolis, IN 46204.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

 **Gmail**

Syed Pediatrics <troypediatricuc@gmail.com>

## Working in Qatar Visa Question
2 messages

---

**Syed Pediatrics** <troypediatricuc@gmail.com>          Mon, Aug 21, 2023 at 4:25 PM
To: consular.dc@mofa.gov.qa

Hello

I am an American physician who is considering temporarily moving to Qatar to work for a government contractor that is going to be providing medical services to Afghan refugees at a former US base in Qatar. All employees will need to get a Qatar work visa. Will I be eligible to get a work visa if I am over the age of 60, or is there an age limit for foreigners?

If you could share any clarification, I would greatly appreciate it

Thank you,

Dr Syed Mohiuddin

---

**Consular Affairs -Wasington** <consular.dc@mofa.gov.qa>         Tue, Aug 22, 2023 at 11:01 AM
To: Syed Pediatrics <troypediatricuc@gmail.com>

Good morning, we don't have any age limitation for any contractor to work in Qatar with the US base in Qatar,

Best regards,

Mohamad

[Quoted text hidden]

هذه الرسالة ومرفقاتها قد تحتوي على معلومات سرية أو محمية قانونياً. يمنع منعاً باتاً الكشف عن محتوياتها أو استعمالها أو توزيع نسخ منها بأي طريقة غير شرعية. اذا كنت تعتقد ان هذه الرسالة قد وصلت اليك عن طريق الخطأ فيجب عليك حذفها حالاً وإخطار المرسل بذلك. إن أي أراء تحتوي عليها هذه الرسالة هي خاصه بالمرسل ولا تعبر بالضرورة عن آراء وزارة الخارجية إلا إذا كان المرسل له الصلاحية في ذلك. إن أي شكل من أشكال التعاقد الذي قد تنطوي عليه هذه الرسالة يحتاج إلى موافقة صريحة من الجهات المسؤولة في الوزارة. لقد قامت الوزارة ببذل كل جهد لتوعية وتوجيه موظفيها على ضرورة الالتزام بالآداب العامة في المراسلة عبر البريد الالكتروني. لا تضمن وزارة الخارجية أن هذه الرسالة ومرفقاتها خالية من الأخطاء أو الفيروسات الحاسوبية.

This e-mail message, including all its attachments, may contain confidential or legally protected information. The unauthorized disclosure, use, distribution or copying of this e-mail, or any information it contains, is strictly prohibited. If you believe you have received this e-mail in error, please delete it immediately and contact the sender. Views expressed in this e-mail or its attachments are those of the individual sender, except where the sender explicitly and authoritatively stated them to be of MOFA. Any form of agreement made through this email requires an explicit permission from MOFA. MOFA has made all effort to raise awareness among its staff to use email communication ethically. MOFA makes no warranty that this e-mail is error or virus free.

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS Dr. Syed Mohiuddin | DEFENDANTS International SOS |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff Oakland County<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant Bucks County<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Pro Se | Attorneys *(If Known)* Ms. Cyndi Baily |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange |
| | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☒ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 621-634

Brief description of cause:
Age Discrimination Against Job Applicant

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

| DATE<br>04/04/2024 | SIGNATURE OF ATTORNEY OF RECORD<br>(Pro Se) |
|---|---|

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.